UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NITIN VATS,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>                                    Respondents. | Case No.:  25-CV-3684 JLS (KSC)<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 8) |

On December 29, 2025, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 5), and Petitioner was released from custody (ECF No. 6).  Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act.  *See* ECF No. 1 at 35.  Petitioner's attorney was given an extension until March 14, 2026, to file an application for attorney's fees.  ECF No. 8 at 1.  Petitioner's attorney still has not submitted an attorney fee application.  *See generally* Docket.

/ / /

/ / /

/ / /

1

25-CV-3684 JLS (KSC)

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**. As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

     **IT IS SO ORDERED.**

Dated: March 16, 2026

Hon. Janis L. Sammartino
United States District Judge

25-CV-3684 JLS (KSC)